# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT L. SISK,

       Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                       Civil Case No. 1:11cv253-MR
                                           [Criminal Case No. 1:01cr52-14]

UNITED STATES OF AMERICA,
FRANK STRATA, Warden,

       Respondents.


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Memorandum of Decision and Order.

                                       Signed: October 24, 2011

                                       Frank G. Johns, Clerk
                                       United States District Court